UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON ISENBERG | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:12-cv-00314 (JCH) |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| ET AL | : | |
|     Defendant. | : | JULY 10, 2012 |

### ORDER TO SHOW CAUSE

Plaintiff is hereby **ORDERED TO SHOW CAUSE by JULY 24, 2012,** why this case should not be dismissed for failure to prosecute and failure to serve.  Plaintiff must respond by **JULY 24, 2012**.  Failure to respond by said date will result in the dismissal of this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of July, 2012.

                                  /s/ Janet C. Hall
                                  Janet C. Hall
                                  United States District Judge