**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**


JASON ISENBERG,                          :
                                         :
              *Plaintiff,*                :        CIVIL ACTION NO.
                                         :        3:12-CV-00314 (JCH)
VS.                                      :
                                         :
UNIVERSITY OF CONNECTICUT                 :
*and* DAVID KAPLAN,                       :
                                         :        JULY 24, 2012
              *Defendant*s.               :


**PLAINTIFF'S COMPLIANCE WITH**
**THE JULY 10, 2012 ORDER TO SHOW CAUSE**


        The plaintiff, Jason Isenberg, responds to the Court's Order to Show Cause

dated July 10, 2012.  His complaint was filed with the Court on March 2, 2012.  The

complaint and related documents were served on June 29, 2012 on the defendant

University of Connecticut.  (See attached Affidavit of Service, Exh. 1), which was 119

days after the complaint was filed.  The plaintiff's representative attempted to serve the

defendant David Kaplan on June 29, 2012 but Mr. Kaplan was out of state.  (Affidavit of

Service, Exh. 2).   The plaintiff's representative met with and served Mr. Kaplan on

Sunday, July 1st, which was 121 days after the complaint was filed with the Court.

        The undersigned counsel inquired and found out that the defendant would be

represented   in this matter by Assistant Attorney General Colleen Valentine.   The

parties have scheduled the Rule 26f conference for Friday, July 27, 2012 at 11:30 a.m.

        Attorney Valentine represented that when the defendants were each served they

were served with a complaint but not a summons.  Also, the defendant maintains that

Mr. Kaplan was served beyond the 120 days set forth in Fed. Rules of Civ. Pro. 4.  The plaintiff will be seeking leave from the Court to serve the summons on both parties and to serve the complaint on Mr. Kaplan.


**THE PLAINTIFF,**
**JASON ISENBERG**


By: /s/ Gary Phelan_____
  Gary Phelan, Esq.
  Fed. Bar No. ct03670
  Cohen and Wolf, P.C.
  320 Post Road West
  Westport, CT  06880
  Tel:  (203) 222-1034
  Fax: (203) 227-1373
  Email: gphelan@cohenandwolf.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 24th, 2012, a copy of the foregoing Plaintiff's Compliance with the July 10, 2012 Order to Show Cause was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ Gary Phelan_____
Gary Phelan