# **EXHIBIT 1**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

**Jason Isenberg**

vs.

**University Of Connecticut and David Kaplan**
_____/

CASE NO.: 3-12cv314 (JCH)

AFFIDAVIT OF SERVICE

**STATE OF CONNECTICUT**
**COUNTY OF NEW HAVEN**     ss.

**Steven Matarazzo**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the COUNTY OF NEW HAVEN.

That on **06/29/2012** at **2:22 PM**, Deponent served the within named **University of Connecticut C/O Office of the Attorney General** by delivering a true copy of the **Complaint and Related Documents** to **Sarah Demerchant, Administrator**, a person authorized to accept service on behalf of **University of Connecticut C/O Office of the Attorney General**. Said service was effected at **55 Elm Street, Hartford, CT 06106**.

Description:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Height: **5'6"** - Weight: **200**

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

Sworn to and subscribed before me this
this 20th day of July, 2012
by an affiant who is personally known to me or produced identification.

_Patricia J. Fisher_
Notary Public
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

X _Steven Matarazzo_
Steven Matarazzo
Date: 9/20/12

Client File#:

*54621*

# **EXHIBIT 2**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

**Jason Isenberg**

vs.

**University Of Connecticut and David Kaplan**

CASE NO.: 3-12cv314 (JCH)

AFFIDAVIT OF NON-SERVICE

**STATE OF CONNECTICUT**
**COUNTY OF NEW HAVEN**     ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of this non-service over the age of twenty one and not a party to this action. I reside in the COUNTY OF NEW HAVEN.

That on **06/29/2012** at **3:30 PM**, I DISCONTINUED ATTEMPTING SERVICE of the within **Complaint and Related Documents** on **David Kaplan** for the reason(s) indicated below:

| Date/Time | Address | Remarks |
|---|---|---|
| 06/29/2012-3:30 PM | University of Connecticut Storrs, CT 06268 | Service was attempted at the Athletic Department. We were told that David Kaplan was out of state and was not expected back at work until after the weekend. A business card was left. I received a telephone call later that day from David Kaplan. He stated that he would meet me at this home at 10:00 AM. on Sunday, 7/1/12. His home address is 20 Bridlewood Terrace, Vernon, CT. 06066. His personal phone is 860 617-9136. |

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Stuart Perlmutter
Date: 7/20/12

Sworn to and subscribed before me this
this 20th day of July, 2012
by an affiant who is personally known to me or produced identification.

_____
Notary Public
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 201_

Client File#:

*54622*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

**Jason Isenberg**

vs.

**University Of Connecticut and David Kaplan**

_____/

Case No.: 3-12cv314 (JCH)

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the COUNTY OF NEW HAVEN.

That on **07/01/2012** at **9:50 AM**, Deponent served the within named **David Kaplan** by giving a true copy of the **Complaint and Related Documents** to **David Kaplan** personally at **20 Bridlewood Terrace, Vernon, CT 06066.**

Description:

Sex: **Male** - Skin: **Caucasian** - Hair: **Bald** - Age: **50** - Height: **5'10"** - Weight: **240**

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

Sworn to and subscribed before me this
this 20th day of _____, 2012
by an affiant who is personally known to me or produced identification.

_____
Notary Public
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

X_____
Stuart Perlmutter
Date: 7/20/12

Client File#:

*54982*